E-FILING

ORIGINAL
FILED

07 DEC -6 AM 9:12

RICHARD W. WIEKING
U.S. DISTRICT COURT

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CR 07 00773 RMW PVT |
|---|---|
| Plaintiff, | ) |
| | ) VIOLATION: 18 U.S.C. § 2113(a) – |
| v. | ) Unarmed Bank Robbery |
| | ) |
| ROGER BAO DOANH LY, | ) SAN JOSE VENUE |
| | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. § 2113(a) – Unarmed Bank Robbery)

On or about July 6, 2007, in Santa Clara County, within the Northern District of California, the defendant,

ROGER BAO DOANH LY,

did obtain and attempt to obtain by extortion approximately $1,200 in money belonging to and in the care, custody, control, management, and possession of the Wells Fargo Bank, 2792 Homestead Road Santa Clara, California, the funds of which were then insured by the Federal

//

INFORMATION

Deposit Insurance Corporation; in violation of Title 18, United States Code, Section 2113(a).

DATED: 12/5/2007

SCOTT N. SCHOOLS
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: _____)
AUSA Singh

INFORMATION

2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

07 DEC -6 AM 9: 11

---- OFFENSE CHARGED ----

COUNT ONE: 18 United States Code Section 2113(a) - Unarmed Bank Robbery

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-FILING

PENALTY:
20 years imprisonment
$250,000 fine
5 years supervised release
$100.00 special assessment

---- DEFENDANT - U.S. ----

▶ ROGER BAO DOANH LY

DISTRICT COURT NUMBER

CR 07 00773 RMW PVT

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
   Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
S/A Vihn Nguyen-F.B.I.

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.
▶ 5-07-70403-PVT
~~07-7403-RS~~

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  CARLOS SINGH

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: Defendat will appear voluntarily for arraignment on 09/27/07 before Magistrate Patricia v. Trumbull.