AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __CA__

UNITED STATES OF AMERICA

V.

Roger Ly

**WAIVER OF INDICTMENT**

CASE NUMBER: CR07-00773 RMW

I, __Roger Ly__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __December 6, 2007__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before __Patricia V. Trumbull__
Judicial Officer