JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5079
   Facsimile:  (408) 535-5066
   Email: Eumi.Choi@usdoj.gov

*E-FILED - 2/28/08*

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00773 RMW |
|    Plaintiff, | ) ) | MOTION TO WITHDRAW STIPULATION AND [] |
| v. | ) ) | ORDER EXCLUDING TIME FROM JANUARY 28, 2008 TO MARCH 17, 2008 |
| ROGER BAO DOANH LY, | ) ) | FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § |
|    Defendant. | ) ) ) | 3161(h)(8)(A), (B)), FILED ON FEBRUARY 20, 2008 |

     This matter has been recently transferred to the below-signed counsel for the government (A notice of appearance has now been filed.).  On February 20, 2008, the government erroneously filed a stipulation to exclude time from January 28, 2008 to March 17, 2008. [1] The dates reflected in said proposed stipulation do not correctly reflect the last or next court dates; moreover, the government had already filed a proposed stipulation to exclude time from the last court appearance of December 6, 2007 to the next court date of March 3, 20008, and the proposed stipulation was granted .

---

[1]    The caption of the proposed stipulation reflected a time period of January 28, 2008 - April 4, 2008 to be excluded; however, the text of the proposed stipulation and order reflected a time period of January 28, 2008 - March 17, 2008 to be excluded.

1 | The United States thus hereby submits this written request to withdraw the erroneously-filed
2 | proposed stipulation, filed on February 20, 2008.

DATED: February 22, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
EUMI L. CHOI
Assistant United States Attorney

_____/s/_____
DANIEL BARTON
Counsel for Defendant

**ORDER**

Based upon the request of the government, the Court HEREBY ORDERS that the proposed stipulation filed on February 20, 2008 to exclude the time between January 28, 2008 and March 17, 2008 is withdrawn from filing.

IT IS SO ORDERED.

DATED: 2/28/08

*Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE