*E-FILED *

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte        **REPORTER:** Lee-Anne Shortridge

**DATE:** March 3, 2008          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00773-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- ROGER BAO DOANH LY
    APPEARANCES:                              (P)

**PLTF:** AUSA: E. Choi            **DEFT:** D. Barton

**COURT ACTION: STATUS HEARING**

Hearing Held. The parties are engaging in settlement discussions. Based on the substitution of AUSA, the parties need additional time to workout a resolution. The Court continued this matter to 4/7/08 @ 9:00 am for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 4/7/08. Government to prepare exclusion order.

             /s/ Jackie Garcia
                **JACKIE GARCIA**
              **Courtroom Deputy**