JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

    150 Almaden Boulevard
    San Jose, California 95113
    Telephone: (408) 535-5079
    Facsimile:  (408) 535-5066
    Email: Eumi.Choi@usdoj.gov

Attorneys for the United States of America

*E-FILED - 3/13/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00773 RMW |
|     Plaintiff, | STIPULATION AND [] ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME FROM MARCH 3, 2008 TO APRIL 7, 2008 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A),(B)) |
|     v. | |
| ROGER BAO DOANH LY, | |
|     Defendant. | |

On March 3, 2008, the parties appeared for a hearing before the Court for a status hearing. At that time, based upon the request of the parties, the Court set the matter for another status hearing on April 7, 2008. This matter has been recently transferred to the undersigned Assistant United States Attorney. Also, the parties have been exploring the possibility of a plea in this matter. The parties requested the April 7, 2008 date as a possible plea date. The parties thus stipulated to an exclusion of time under the Speedy Trial Act in the interests of justice to allow counsel reasonable time for effective preparation. The United States hereby submits this written request for an order finding that said time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served by taking such action and outweigh the best interests

1  of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). Further, the failure to
2  grant such a continuance would unreasonably deny counsel for defendant and the Government
3  the reasonable time necessary for effective preparation, taking into account the exercise of due
4  diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

6  DATED: March 3, 2008					JOSEPH P. RUSSONIELLO
							United States Attorney

8							_____/s/_____
							EUMI L. CHOI
9							Assistant United States Attorney

11							_____/s/_____
							DAN BARTON
							Counsel for Defendant

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between March 3, 2008 and April 7, 2008 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). Further, the failure to grant such a continuance would unreasonably deny counsel for defendants and the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 3/13/08

*Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE