***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte        **REPORTER:** Lee-Anne Shortridge

**DATE:** April 7, 2008          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00773-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- ROGER BAO DOANH LY
    **APPEARANCES:**           (P)

**PLTF:** AUSA: E. Choi          **DEFT:** D. Barton

**COURT ACTION: DISPOSITION**

**Hearing Held. The defendant plead guilty to Count 1 of the Information. A Plea Agreement was executed in open court. The Court set a sentencing hearing for 7/14/08 @ 9:00 AM. The defendant shall remain on the same conditions of release pending sentencing.**

                        */s/ Jackie Garcia*
                           **JACKIE GARCIA**
                          **Courtroom Deputy**