**United States District Court**
For the Northern District of California

1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

***E-FILED - 5/20/08***

U.S.A.,

        Plaintiff,

  v.

ROGER BAO DOANH LY,

        Defendant.

CASE NO. CR-07-00773-1 RMW

**ORDER OF RECUSAL**

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2. of the Assignment Plan.

The sentencing hearing is hereby vacated and will be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: **May 20, 2008**

                                              RONALD M. WHYTE
                                              UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | |
| 2 | Copy of Order E-Filed to Counsel of Record: |