**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C 07-00773 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE CONTINUING SENTENCING HEARING |
| ROGER BAO DOANH LY | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to the Order of Recusal by Honorable Judge Ronald M. Whyte filed on May 20, 2008 the sentencing date previously notice for July 14, 2008 at 9:00 AM has been reset to **August 25, 2008 at 1:30 PM before Honorable Judge James Ware** in Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated:  May 21, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy

CC: Counsel (by e-notice)
   USPO (hard copy)