PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Richard Seeborg<br>U.S. Magistrate Judge | RE: | ROGER LY |
| FROM: | Richard W. Wieking, Acting Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR07-00773 JW |
| DATE: | July 14, 2008 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| | |
|---|---|
| Jaime Carranza | 408-535-5222 |
| U.S. Pretrial Services Officer | TELEPHONE NUMBER |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _4_ on _5th Floor_ at _July 23 at 11:00 a.m._

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
  A.
  B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

FILED
JUL 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_____    7-15-08
JUDICIAL OFFICER              DATE

Cover Sheet (06/02/08)