**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED\***

**CRIMINAL MINUTES**

**Judge: James Ware**
**Date:   August 25, 2008**
**Case No.: CR- 07-0773  JW**
**Related Case No.: N/A**

**Courtroom Deputy: Elizabeth Garcia**
**Court Reporter: Irene Rodriguez**
**U.S. Probation Officer: Benjamin Flores for Waseem**
**Iqbal**
**Interpreter: N/A**

**TITLE**

**U.S.A. v.  Roger Bao Doanh Ly (NC)**

**Attorney(s) for Plaintiff(s): Emoi Choi**
**Attorney(s) for Defendant(s): Daniel Barton**

**PROCEEDINGS**

**1.  Judgment and Sentencing as to Count 1 of the Information**

**ORDER AFTER HEARING**

Hearing Held.  Defendant present and not in custody for proceedings.   The Court sentenced the Defendant as to Count ONE (1) of the Information.  The Court committed the Defendant to 33  months BOP custody as to Count ONE (1) of the Information, THREE (3) years supervised release under the standard and NINE (9) adopted special conditions, $100 special assessment.   The Defendant is to self surrender on December 29, 2008 to a BOP designated facility.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: